UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SIMONA MERONE,<br><br>    Defendant.<br>_____/ | Case No. 1: 13-mj-0168-BAM<br><br>**AMENDED ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE SIMONA MERONE**<br>(Date correction) |

On August 20, 2013, the Court issued a writ of habeas corpus ad testificandum directing the Warden of Central California Women's Facility and the United States Marshal to transport defendant Simona Merone to the United States Courthouse in Fresno, California on September 17, 2013, to testify as a witness for a hearing pursuant to 18 U.S.C. §4102. On September 13, 2013, defendant filed a motion to continue the hearing to permit defendant additional time to consult with her attorney.

Based on good cause, the Court finds that the hearing should be continued and the writ vacated. Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum directing the Warden of Central California Women's Facility and the United States Marshal to transport defendant to the U.S. Courthouse in Fresno on September 17, 2013, is VACATED.

IT IS SO ORDERED.

Dated: **September 16, 2013**       /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE