UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SIMONA MERONE,<br><br>  Defendant.<br>_____ / | Case No. 1: 13-mj-0168-BAM<br><br>**ORDER VACATING HEARING; VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED OCTOBER 7, 2013; SETTING NEW HEARING DATE** |

Based upon the press of business and the Court's Calendar, the consent verification hearing set for October 22, 2013 is VACATED. The Court VACATES the writ of habeas corpus ad testificandum issued on October 7, 2013 directing the Warden of Central California Women's Facility and the United States Marshal to transport defendant Simona Merone to the United States Courthouse.

Based on good cause, the Court SETS the verification re extradition international transfer hearing for November 6, 2013 at 10:00 a.m. in the United States Courthouse in Fresno, California. A new writ of habeas corpus ad testificandum issued will issue shortly.

IT IS SO ORDERED.

Dated: __October 18, 2013__        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

1