1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  VICTOR M. CHAVEZ Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950

   Attorney for Defendant
   SIMONA MERONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-mj-00168 BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) RESCHEDULING CONSENT HEARING |
| SIMONA MERONE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the consent hearing presently set for November 6, 2013 at 10:00 a.m.,  may be rescheduled to December 4, 2013.

Counsel for Ms. Merone seeks this stipulation because he needs additional time to elicit information from the Italian authorities and they have only been responsive to counsel's inquiries since October 29, 2013.

///

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 31, 2013 |   | By: | /s/ Mia Giacomazzi<br>MIA GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 31, 2013 |   | By: | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>SIMONA MERONE |

# **O R D E R**

IT IS SO ORDERED that the Verification re Extradition-International Hearing is continued from November 6, 2013 to **Tuesday, December 3, 2013 at 11:00 A.M.** before Judge McAuliffe in Courtroom 8.

IT IS SO ORDERED.

Dated: **October 31, 2013**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE